UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
      **Deron Demarkius Mack**
      559 Creek Valley Ct
      Stockbridge, GA 30281−7901

      xxx−xx−0158

Case No.: **11−84480−crm**
Chapter: **13**
Judge: **C. Ray Mullins**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's Motion to Dismiss came before the Court and

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan. Therefore,

   **IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

C. Ray Mullins
United States Bankruptcy Judge

Dated: May 30, 2013

Form 163

```
                            United States Bankruptcy Court
                              Northern District of Georgia

In re:                                                          Case No. 11-84480-crm
Deron Demarkius Mack                                            Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: chapplem              Page 1 of 3              Date Rcvd: May 30, 2013
                              Form ID: 163                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2013.
db             Deron Demarkius Mack,    559 Creek Valley Ct,    Stockbridge, GA 30281-7901
aty           +Alexander J. Merton,    United States Department of Justice,    P. O. Box 14198,
                Ben Franklin Station,    Washington, DC 20044-4198
aty           +Guy W. Gupton, III,    Suite 400, The North Tower,    235 Peachtree Street, NE,
                Atlanta, GA 30303-1401
aty           +Kandace C. Stewart,    Evans Petree, PC,    1000 Ridgeway Loop Road,    Suite 200,
                Memphis, TN 38120-4036
aty           +Patti H. Bass,    Bass & Associates, PC,    Suite 200,    3936 E. Ft. Lowell Road,
                Tucson, AZ 85712-1083
aty           +Ronald A. Levine,    Levine, Block & Strickland, LLP,    Suite 240 - Centrum at Glenridge,
                780 Johnson Ferry Road,    Atlanta, GA 30342-1434
tr            +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                Atlanta, GA 30303-1286
cr            +Ford Motor Credit Company, LLC, A Delaware Limited,     780 Johnson Ferry Road,    Suite 240,
                Atlanta, GA 30342-1434
cr            +TD Auto Finance, LLC,    1000 Ridgeway Loop Road, Suite 200,    Memhis, TN 38120-4036
cr            +United States Of America,    U.S. Department of Justice,    P.O. Box 14198,   Ben Franklin Station,
                Washington, DC 20044-4198
15267807       CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
16617489      +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
16110146      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
15715281      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
15401762      +Lendmark Financial Services Inc.,    1745 Hwy.138 Suite A-3,    Conyers Georgia 30013-5710
15267812       Lendmark Financial Services, Inc.,    4645 Village Square Dr Ste H,    Paducah, KY 42001-7448
15357249      +TD Auto Finance, LLC,    1000 Ridgeway Loop Road, Suite 200,    Memphis, TN 38120-4036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: BASSASSOC.COM May 30 2013 21:43:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Ste 200,    Tucson, AZ 85712-1083
cr            +EDI: PRA.COM May 30 2013 21:43:00      PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk, VA 23541-0907
15267805       EDI: CAPITALONE.COM May 30 2013 21:43:00      Capital One Mastercard,   PO Box 30281,
                Salt Lake City, UT 84130-0281
15267806       EDI: CAPITALONE.COM May 30 2013 21:43:00      Capital One Visa,   PO Box 30281,
                Salt Lake City, UT 84130-0281
15267808       EDI: RCSFNBMARIN.COM May 30 2013 21:43:00      Credit One Bank,   PO Box 98872,
                Las Vegas, NV 89193-8872
15267809       EDI: FORD.COM May 30 2013 21:43:00      Ford Motor Credit Company,   PO Box 55000,
                Detroit, MI 48255-0953
15328335      +EDI: FORD.COM May 30 2013 21:43:00      Ford Motor Credit Company LLC,    P O Box 6275,
                Dearborn, MI 48121-6275
15267810       EDI: HFC.COM May 30 2013 21:43:00      HSBC Bank Mastercard,    PO Box 5253,
                Carol Stream, IL 60197-5253
15710213      +EDI: BASSASSOC.COM May 30 2013 21:43:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
15267811       EDI: HFC.COM May 30 2013 21:43:00      HSBC/Best Buy,   Attn: Bankruptcy,    PO Box 5263,
                Carol Stream, IL 60197-5263
15662931       EDI: IRS.COM May 30 2013 21:43:00      Internal Revenue Service,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
15400501       EDI: RESURGENT.COM May 30 2013 21:43:00      LVNV Funding LLC its successors and assigns as,
                assignee of FNBM LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15440946      +EDI: OPHSUBSID.COM May 30 2013 21:43:00      OAK HARBOR CAPITAL III, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15500197      +EDI: OPHSUBSID.COM May 30 2013 21:43:00      OAK HARBOR CAPITAL IV, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15656781       EDI: PRA.COM May 30 2013 21:43:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA 23541
16972367      +EDI: PRA.COM May 30 2013 21:43:00      PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541-1067
15267813       EDI: CHRYSLER.COM May 30 2013 21:43:00      TD Auto Finance,    27777 Inkster Rd,
                Farmington Hills, MI 48334-5326
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113E-9          User: chapplem              Page 2 of 3            Date Rcvd: May 30, 2013
                              Form ID: 163                Total Noticed: 34

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 113E-9          User: chapplem              Page 3 of 3                  Date Rcvd: May 30, 2013
                              Form ID: 163                Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2013 at the address(es) listed below:

```
              Alexander J. Merton    on behalf of Creditor    United States Of America
               alexander.j.merton@usdoj.gov,    southern.taxcivil@usdoj.gov
              Guy W. Gupton, III    on behalf of Debtor Deron Demarkius Mack ggupton3@bellsouth.net
              Kandace C. Stewart    on behalf of Creditor    TD Auto Finance, LLC rfehse@evanspetree.com,
               sbruce@evanspetree.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Ronald A. Levine    on behalf of Creditor    Ford Motor Credit Company, LLC, A Delaware Limited
               Liability Company info@lbslaw.net
                                                                                             TOTAL: 7
```